UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BARR JR,

    Petitioner,

v.

KING COUNTY CORRECTIONAL FACILITY,

    Respondent.

Case No. 19-1058-TSZ

REPORT AND RECOMMENDATION

Proceeding *pro se*, Petitioner has filed a proposed habeas petition under 28 U.S.C. § 2241 and an incomplete application to proceed *in forma pauperis* ("IFP"). By letter dated July 18, 2019, Petitioner was granted 30 days to either pay the filing fee or submit a completed IFP application, along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. # 5.) Petitioner was advised that failure to respond to the letter by August 19, 2019, could result in dismissal of the case. (*Id.*) Petitioner subsequently request an extension of time, and the Court granted him until October 18, 2019 to correct the IFP deficiency. (Dkt. # 7.)

To date, Petitioner has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to

REPORT AND RECOMMENDATION - 1

1  pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report
2  and Recommendation.

3        Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4  served upon all parties to this suit by no later than **November 20, 2019**. Objections, and any
5  response, shall not exceed twelve pages. Failure to file objections within the specified time may
6  affect your right to appeal. Objections should be noted for consideration on the District Judge's
7  motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if
8  any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no
9  timely objections are filed, the matter will be ready for consideration by the District Judge on the
10 day after objections were due.

11       The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and
12 to the Honorable Thomas S. Zilly.

13       Dated this 29th day of October, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2