UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BARR JR,

                        Petitioner,

        v.

KING COUNTY CORRECTIONAL
FACILITY,

                        Respondent.

C19-1058 TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation, docket no. 8, of the Honorable

Michelle L. Peterson, United States Magistrate Judge, to which no objection was filed,

and the remaining record, the Court finds and ORDERS:

        (1)     The Court ADOPTS the Report and Recommendation.

        (2)     This action is DISMISSED without prejudice for failure to pay the filing fee

as required by 28 U.S.C. § 1914.

        (3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge

Peterson.

        IT IS SO ORDERED.

        Dated this 27th day of December, 2019.

Thomas S. Zilly
United States District Judge